STATE v. POINDEXTER

No. 572P84.

Case below: 68 N.C. App. 295.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 December 1984.

STATE v. POTTER

No. 415P84.

Case below: 69 N.C. App. 199.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 4 December 1984.

STATE v. WHEELER

No. 564P84.

Case below: 70 N.C. App. 191.

Petition by defendant (Wheeler) for discretionary review under G.S. 7A-31 denied 4 December 1984.

STATE v. WOODRUFF

No. 592P84.

Case below: 70 N.C. App. 561.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 4 December 1984.

WAYNICK CONSTRUCTION v. YORK

No. 575P84.

Case below: 70 N.C. App. 287.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1984.